UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:03-cr-00037-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **REGINALD GLENN PATTERSON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Steven T. Meier's Motion for *Pro Hac Vice* Admission of Walter Richard Urban (#81). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Steven T. Meier's Motion for *Pro Hac Vice* Admission of Walter Richard Urban (#81) is **GRANTED**, and such attorney is admitted to practice *pro hac vice* Mr. Meier in this particular case.

Signed: October 9, 2015

Max O. Cogburn Jr.
United States District Judge