# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:03-cr-00037-MOC-DCK-3

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **vs.** | ) |
| | ) **ORDER** |
| **REGINALD GLENN PATTERSON,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on defendant's pro se Motion for Compassionate Release/Reduction of Sentence, (Doc. No. 118).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: January 6, 2021

Max O. Cogburn Jr
United States District Judge